UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACKLA, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK INC., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-05849-PJH<br><br>**ORDER SCHEDULING HEARING FOR MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 3 |

　　　　Plaintiffs filed a motion for a temporary restraining order on September 19, 2019. The action was reassigned to the undersigned on September 20, 2019. Under Civil Local Rule 65-1(b), "on or before the day of an ex parte motion for a temporary restraining order, counsel applying for the temporary restraining order must deliver notice of such motion to opposing counsel or party" unless "relieved by order of a Judge for good cause shown[.]" Plaintiffs have not shown good cause to proceed with their motion without delivering notice to opposing counsel. As such, plaintiffs are hereby required to give notice to opposing counsel or parties by 6:00 PM on September 20, 2019. Defendants may file any responses by 5:00 PM on September 23, 2019. The court shall hold a hearing on plaintiffs' motion at 9:00 AM on Wednesday, September 25 in Courtroom 3 of the Oakland Courthouse, 1301 Clay Street, Oakland, CA 94612.

　　　　**IT IS SO ORDERED.**

Dated: September 20, 2019

　　　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　United States District Judge