SONAL N. MEHTA (SBN: 222086)
sonal.mehta@wilmerhale.com
KEVIN J. O'BRIEN (SBN 278823)
kevin.o'brien@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:  650 858 6000
Fax:  650 858 6100

MATTHEW BENEDETTO (SBN: 252379)
matthew.benedetto@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300
Fax: (213) 443-5400

Ari Holtzblatt (*pro hac vice* pending)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax  (202) 663-6363

Attorneys for Defendants
FACEBOOK, INC. and INSTAGRAM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STACKLA, INC., a Delaware Corporation, STACKLA, LTD., an English Limited Company, and STACKLA, PTY, an Australian Proprietary Limited Company<br><br>Plaintiffs,<br><br>FACEBOOK, INC.. a Delaware Corporation, INSTAGRAM, LLC, a Delaware Limited Liability Company, and DOES 1-20<br><br>Defendants. | Case No.  4:19-CV-5849-PJH<br><br>**CORRECTED DECLARATION OF SONAL MEHTA IN RESPONSE TO PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date:  September 25, 2019<br>Time: 9:00 am<br>Place: Courtroom 3, 3rd Floor |

1. I am an attorney at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Facebook, Inc. and Instagram, LLC ("Defendants") in the above-captioned action. I am a member in good standing of the Bar of the State of California, and I am admitted to appear before this Court. I respectfully submit this declaration in support of Defendants' Response to Plaintiffs' Ex Parte Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a Letter from Ariel B. Glickman to Damien Mahoney et al., dated August 30, 2019.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a Letter from Jeff Tsai to Ariel B. Glickman, dated September 3, 2019.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a Letter from Ariel B. Glickman to Jeffrey Tsai, dated September 6, 2019.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a Letter from Jeffrey Tsai to Ariel B. Glickman, dated September 9, 2019.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a Letter from Ariel B. Glickman to Jeffrey Tsai, dated September 12, 2019.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a Letter from Jeffrey Tsai to Ariel B. Glickman, dated September 13, 2019. The original Letter included as an attachment Stackla's Platform Overview, which Stackla has contended to include trade secrets. Out of an abundance of caution, the original attachment has been omitted from Exhibit 6.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an Email from Ariel B. Glickman to Jeffrey Tsai, dated September 16, 2019.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Master Subscription Agreement, dated June 1, 2018.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Statement of Work, dated July 19, 2018.

- 1 -
CORRECTED DECLARATION OF SONAL MEHTA IN RESPONSE TO PLAINTIFFS' *EX PARTE* MOTION FOR TRO AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this 24th day of September 2019, in Palo Alto, California.

                                          WILMER CUTLER PICKERING HALE AND DORR LLP

                                          By:   */s/ Sonal N. Mehta*
                                                      Sonal N. Mehta