JEFFREY E. TSAI (SBN 226081)
jeff.tsai@dlapiper.com
ISABELLE L. ORD (SBN 198224)
isabelle.ord@dlapiper.com
DAVID F. GROSS (SBN 083547)
david.gross@dlapiper.com
ANTHONY L. PORTELLI (SBN 280766)
anthony.portelli@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Plaintiffs
STACKLA, INC., STACKLA, LTD., and
STACKLA PTY LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STACKLA, INC., a Delaware Corporation, STACKLA, LTD., An English Limited Company, and STACKLA PTY LTD., an Australian Proprietary Limited Company,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation, INSTAGRAM, LLC, a Delaware Limited Liability Company, and DOES 1-50,<br><br>Defendants. | Case No. 4:19-cv-5849-PJH<br><br>**DECLARATION OF ISABELLE L. ORD IN RESPONSE TO DEFENDANTS' OPPOSITION TO *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE INJUNCTION**<br><br>Date:  September 25, 2019<br>Time: 9:00 am<br>Place: Courtroom 3, 3rd Floor |

**DECLARATION OF ISABELLE L. ORD**

I, Isabelle L. Ord, declare as follows:

1. I am a partner at the law firm of DLA Piper LLP (US), counsel of record for Plaintiffs Stackla, Inc., Stackla Ltd., and Stackla Pty Ltd (collectively, "Stackla"). I am a member in good standing of the California State Bar. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. The statement in Paragraph 5 of the Declaration of Natalie Naugle ("Naugle Declaration") asserting that as of the time of filing counsel for Defendants had not received a response to a voice mail to me regarding filing certain documents under seal is false. The Naugle Declaration was filed at 7:08 p.m. At 4:59 p.m., I responded to Shelby Martin of the Wilmer Hale firm by email, stating that Stackla does not agree that the Master Subscription Agreement and Scope of Work is a confidential document appropriate for filing under seal and objecting to inclusion of the parties' settlement correspondence (even confidentially) because the letters are inadmissible settlement communications. Despite these objections, Defendants proceeded to submit these documents with an administrative motion to seal. Stackla maintains its objections. A true and correct copy of my September 23, 2019 email to Ms. Martin is attached hereto as Exhibit A. Attached hereto as Exhibit B is a true and correct copy of the ECF confirmation of filing of the Naugle Declaration, which I received at or about 7:08 p.m. on September 23, 2019 as counsel for Stackla in this action.

3. I have reviewed and am familiar with the settlement correspondence between Stackla and Defendants, including Stackla's settlement correspondence dated September 13, 2019, attached as Exhibit 6 to the Declaration of Sonal Mehata. I worked with Stackla to obtain the confidential information included in the attachment to the September 13, 2019 letter to be provided for settlement purposes only. The attachment to the September 13, 2019 contains confidential and proprietary information of Stackla requested by Defendants in the course of settlement discussions. If this Court does not strike Exhibit 6 pursuant to Stackla's evidentiary objections, Stackla respectfully requests that the attachment to this letter be treated as confidential and filed under seal to protect Stackla's confidential information.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct, and that this declaration was executed this 24th day of September, 2019, in San
3  Francisco, California.

_____
ISABELLE L. ORD