JEFFREY E. TSAI (SBN 226081)
jeff.tsai@dlapiper.com
ISABELLE L. ORD (SBN 198224)
isabelle.ord@dlapiper.com
DAVID F. GROSS (SBN 083547)
david.gross@dlapiper.com
ANTHONY L. PORTELLI (SBN 280766)
anthony.portelli@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel:  415.836.2500
Fax:  415.836.2501

Attorneys for Plaintiffs
STACKLA, INC., STACKLA LTD.,
and
STACKLA PTY LTD.

SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
KEVIN J. O'BRIEN (SBN 278823)
kevin.o'brien@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road Palo Alto, CA 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

Attorneys for Defendants FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STACKLA, INC., a Delaware Corporation, STACKLA LTD., an English limited company, and STACKLA PTY LTD., an Australian Proprietary Limited Company,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation, INSTAGRAM, LLC, a Delaware Limited Liability Company, and DOES 1-20,<br><br>Defendants. | Case No.4:19-cv-5849-PJH<br><br>**JOINT STIPULATION OF DISMISSAL** |

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Stackla, Inc.,
2   Stackla, Ltd., and Stackla Pty Ltd.'s (collectively, "Stackla") and Defendants Facebook, Inc., and
3   Instagram, LLC (collectively, "Defendants") (collectively, the "Parties") hereby stipulate to
4   dismissal of all claims in the above captioned matter with prejudice.  The Parties shall each bear
5   their respective attorneys' fees and costs.

Respectfully Submitted,

Dated:  October 14, 2019   FOR PLAINTIFFS STACKLA, INC.,
STACKLA LTD., and STACKLA PTY LTD

By: /s/ *Jeffrey E. Tsai*
    Jeffrey E. Tsai
    Isabelle L. Ord
    David F. Gross
    Anthony L. Portelli
    DLA PIPER LLP (US)

Dated:  October 14, 2019   FOR DEFENDANTS FACEBOOK AND
INSTAGRAM

By: /s/ *Sonal N. Mehta*
    Sonal N. Mehta
    Kevin J. O'Brien
    Matthew Benedetto
    Ari Holtzblatt (*pro hac vice*)
    WILMER CUTLER PICKERING HALE
    AND DORR LLP

DLA Piper LLP (US)
San Francisco

2

JOINT STIPULATION OF DISMISSAL

WEST\288013902.2

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories above.

By: /s/ *Jeffrey E. Tsai*
Jeffrey E. Tsai

DLA Piper LLP (US)
San Francisco

3
JOINT STIPULATION OF DISMISSAL

WEST\288013902.2